PROB 12C
(7/93)

Report Date: February 25, 2010

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 26 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Danielle Renee Price          Case Number: 2:08CR06022-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 8/28/2008

Original Offense:      Concealing Escaped Prisoner, 18 U.S.C. § 1072

Original Sentence:     Probation - 36 Months              Type of Supervision: Probation

Asst. U.S. Attorney:   Robert A. Ellis                    Date Supervision Commenced: 8/28/2008

Defense Attorney:      Alex B. Hernandez, III             Date Supervision Expires: 8/27/2011

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: On February 25, 2010, Danielle Rene Price was a passenger in a vehicle stopped by members of the U.S. Marshals task force. Jerry Alan Reis was the driver of that vehicle. Mr. Reis is a convicted felon who is currently under the supervision of the U.S. Probation Office.<br><br>**Special Condition # 4**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (including urinalysis and patch), as directed by the supervising probation officer, in order to confirm your continued abstinence from these substances.<br><br>**Supporting Evidence**: Daniel Rene Price failed to submit to urine drug testing on February 15, 2010.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re: Price, Danielle Renee
February 25, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 26, 2010

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/26/10
Date